IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3638 |
| | § | |
| TRANSOCEAN DEEPWATER DRILLING INC., | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Transocean Deepwater Drilling filed an expedited motion for consideration of Respondent's motion to stay. (Docket Entry No. 3). The government must file an expedited response no later than **November 4, 2011.**

SIGNED on October 28, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge