IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3638 |
| | § | |
| TRANSOCEAN DEEPWATER DRILLING INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

This action was stayed pending the MDL Panel's final ruling on whether a transfer to the Eastern District of Louisiana as part of MDL-2179 is appropriate. Earlier today, the MDL Panel vacated its conditional transfer order. The previously entered stay is lifted. This case is reinstated to the active docket of this court. The parties must file a proposed scheduling order by February 12, 2012. A scheduling conference is set for **February 14 at 9:30 a.m in Courtroom 11-B.**

SIGNED on February 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge