IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-3638 |
| TRANSOCEAN DEEPWATER DRILLING INC., | § § § § | |
| Respondent. | § § | |

## ORDER

Defendant Transocean Deepwater Drilling Inc. ("Transocean") filed a motion to stay this court's final judgment pending appeal. (Docket Entry No. 53). Transocean has also requested expedited consideration of its motion. The government must file an expedited response no later than **May 17, 2013.**

SIGNED on May 15, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge