IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-3638 |
| TRANSOCEAN DEEPWATER DRILLING INC., | § § § § | |
| Respondent. | § | |

**ORDER**

Defendant Transocean Deepwater Drilling Inc. ("Transocean") filed a motion to stay this court's final judgment pending appeal. (Docket Entry No. 53). Transocean has also requested expedited consideration of its motion. On May 15, 2013, this court ordered the Government to file an expedited response no later than May 17, 2013. (Docket Entry No. 54). The Government responded on May 17, 2013. (Docket Entry No. 55). Transocean replied on May 20, 2013. (Docket Entry No. 56). On May 20, 2013, the Supreme Court decided *City of Arlington v. FCC*, 11-1545, which addressed whether and the extent to which courts should defer to agency interpretations of their own jurisdiction. This court finds that additional briefing would be helpful on whether and to what extent *City of Arlington* affects the parties' arguments about staying the case pending appeal. Transocean must file a supplemental brief by **5:00 p.m. on May 21, 2013**. The Government must respond by **5:00 p.m. on May 22, 2013**. This court will defer ruling on the pending motion to stay

until after it has reviewed the supplemental briefing. This court's final judgment, (Docket Entry No. 50), is stayed pending resolution of Transocean's motion to stay or until **June 20, 2013**, whichever is sooner.

SIGNED on May 20, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge